IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0355
 ((((((((((((((((

 Pharr-San Juan-Alamo Independent School District And Its Board Of Trustees,
 Petitioners

 v.

 Turner Construction Company of Texas, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review from the
 Court of Appeals for the Thirteenth District of Texas
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ABATEMENT ORDER

 1. The joint motion to abate and remand to court of appeals to
allow voluntary dismissal of appeal, filed on July 14, 2006, is granted in
part.
 2. This case is removed from the Court's active docket until
September 19, 2006, by which time the parties must file a status report.
The parties shall immediately notify this Court about any changes in status
in the settlement proceedings.

 Done at the City of Austin, this 21st day of July, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk